UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RWAIDA KORKIS,

      Plaintiff,                                  Case No. 06-11783

v.                                         Honorable John Corbett O'Meara

LAITH KORKIS, *et al.*,

      Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Rwaida Korkis filed an eight-count complaint in this court April 13, 2006, alleging the following causes of action: Counts I-IV, violations of the RICO statute; Count V, conversion; Count VI statutory conversion; Count VII, Michigan's Uniform Fraudulent Transfer Act; and Count VIII, accountant malpractice.

While alleged violations of federal law are cognizable in this court pursuant to 28 U.S.C. § 1343, Counts V through VIII are based solely on state law. Since the parties to this matter are not diverse, this court declines to exercise supplemental jurisdiction over these claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts V, VI, VII, and VIII are **DISMISSED.**

                                  s/John Corbett O'Meara
                                  John Corbett O'Meara
                                  United States District Judge

Dated: May 10, 2006